# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Locke, Steven I. | District Court, Eastern District of New York | 05/01/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

100 Federal Plaza
Room 824
Central Islip,, NY 11722

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Locke, Steven I. | 05/01/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | St Johns University, Teaching | $8,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | The City of New York, Salary |
| 2. 2018 | State of New York, Salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Quicken Loans | Mortgage on combined personal residence/rental property #1, Brooklyn, NY, Pt VII, line 99 | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Locke, Steven I. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Cash Accounts | A | Interest | K | T | | | | | |
| 2. Hormel, Inc Common Stock | A | Dividend | J | T | | | | | |
| 3. Brokerage Account #1 (H) | | | | | | | | | |
| 4. -JPM US Treasury Plus Money Market Fund | A | Dividend | J | T | | | | | |
| 5. -Apple Inc Common Stock | A | Dividend | J | T | | | | | |
| 6. -Walt Disney Co Common Stock | A | Dividend | J | T | | | | | |
| 7. -First Horizon Natl Corp Common Stock | A | Dividend | J | T | | | | | |
| 8. -International Business Machines Common Stock | B | Dividend | K | T | | | | | |
| 9. -Macquirie Infrastructure Corp - Was Macquirie Infrastructure LLC | B | Dividend | K | T | | | | | |
| 10. -Motorola Solutions Inc. Common Stock | A | Dividend | J | T | | | | | |
| 11. -Microchip Technology Inc Common Stock | A | Distribution | J | T | | | | | |
| 12. -Pfizer Inc Common Stock | A | Dividend | K | T | | | | | |
| 13. -Terra Inventions Corp Common Stock | | None | J | T | | | | | |
| 14. -Teradyne Inc Common Stock | A | Dividend | K | T | | | | | |
| 15. Brokerage Account #2(H) | | | | | | | | | |
| 16. -Columbia Acorn Fund A | A | Dividend | K | T | | | | | |
| 17. Brokerage Account #3 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Locke, Steven I. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Apple, Inc | A | Dividend | J | T | | | | | |
| 19. -Corning, Inc. | A | Dividend | J | T | | | | | |
| 20. -Walt Disney Co | A | Dividend | J | T | | | | | |
| 21. -International Business Machines Corp | A | Dividend | J | T | | | | | |
| 22. -Pepsico | A | Dividend | K | T | | | | | |
| 23. -Cash - JPMorgan Securities | | None | J | T | | | | | |
| 24. Brokerage Account #4 (H) | | | | | | | | | |
| 25. -Apple, Inc | A | Dividend | J | T | Buy | 02/13/18 | J | | |
| 26. -Walt Disney Co | A | Dividend | J | T | | | | | |
| 27. -Pepsico | A | Dividend | J | T | | | | | |
| 28. -Cash - JPMorgan Securities | | None | J | T | | | | | |
| 29. Retirement Account #1 (H) | | | | | | | | | |
| 30. -Dreyfus Ins Deposit Program I | A | Interest | J | T | | | | | |
| 31. -AB Global Bod Fund Advisor Cl P Shares | A | Dividend | J | T | Buy | 01/11/18 | J | | |
| 32. -American Century Short Duration Inflation Protection Bnd Fd Inv Cl | A | Dividend | J | T | Sold (part) | 01/11/18 | J | | |
| 33. -Baron Emerging Markets Fund Institutional Class | A | Dividend | K | T | Buy | 01/11/18 | K | | |
| 34. -Blackrock Floating Rate Income Portfolio Fund Institutional Class | A | Dividend | J | T | Buy | 01/11/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Locke, Steven I. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Blackrock Strategic Income Oppt Portfolio Fd Inslt Cl | A | Dividend | J | T | Buy | 01/11/18 | J | | |
| 36. -Dodge & Cox Income Fund | | None | | | Sold | 01/11/18 | K | | |
| 37. -Carillon Eagle Small Cap Growth Fund Cl I | A | Dividend | J | T | Sold (part) | 01/11/18 | J | C | |
| 38. -Cohen & Steers Real Estate Securities Fund Class I | A | Dividend | J | T | Buy | 01/11/18 | J | | |
| 39. -Eaton Vance Floating Rate High Income Instit Class | A | Dividend | | | Sold | 01/11/18 | J | | |
| 40. -Federated Kaufmann Large Cap Fund Class IS | A | Dividend | K | T | Buy | 01/11/18 | K | | |
| 41. -Fidelity Advisor International Small Cap Fund Class I | A | Dividend | K | T | Sold (part) | 01/11/18 | J | B | |
| 42. -Fidelity Advisor Mid Cap II Fd Class I | | None | | | Sold | 01/11/18 | K | D | |
| 43. -Fidelity Advisor New Insights Fd Class I | | None | | | Sold | 01/11/18 | L | E | |
| 44. -Fundamental Investors Class F-2 | | None | | | Sold | 01/11/18 | L | E | |
| 45. -Hartford Core Equity Fund Class I | A | Dividend | K | T | Buy | 01/11/18 | K | | |
| 46. -The Oakmark Inernational Fund Inv Cl | A | Dividend | K | T | Sold (part) | 01/11/18 | K | C | |
| 47. -Silverpepper Commodity Strategy Global Macro Fund Inst Class | | None | | | Sold | 01/11/18 | K | A | |
| 48. -John Hancock Bond Fund Class I | B | Dividend | K | T | Buy | 01/11/18 | K | | |
| 49. -John Hancock Disciplined Value Mid Cap Fund Class I | A | Dividend | J | T | Sold (part) | 01/11/18 | K | D | |
| 50. -John Hancock Internatioanl Growth fund Class I | A | Dividend | K | T | Buy | 01/11/18 | K | | |
| 51. -MFS International Value Fund Class I | | None | | | Sold | 01/11/18 | L | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Locke, Steven I. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -MFS Value Fund Class I | B | Dividend | L | T | Sold (part) | 01/11/18 | J | D | |
| 53. -New World Fund Class F-2 | A | Dividend | K | T | Buy | 01/11/18 | K | | |
| 54. -Northern Small Cap Value Fund | A | Dividend | J | T | Sold (part) | 01/11/18 | J | A | |
| 55. -Oppenheimer Develooping Markets Fund Class Y | | None | | | Sold | 01/11/18 | K | D | |
| 56. -Principal Midcap Fund Institutional Class | A | Dividend | J | T | Buy | 01/11/18 | J | | |
| 57. -Pimco Income Fund Class 1-2 Class Change from Class P | B | Dividend | K | T | Sold (part) | 01/11/18 | J | A | |
| 58. -T Rowe Price Emerging Markets Stock | | None | | | Sold | 01/11/18 | K | D | |
| 59. -Russell Global Real Estate Sec Fd Class S | | None | | | Sold | 01/11/18 | K | | |
| 60. -Templeton Globa Bond Fund Advisor Class | A | Dividend | | | Sold | 01/11/18 | J | | |
| 61. -Ishares Tr Core S&P 500 ETF | B | Dividend | L | T | Buy | 01/12/18 | L | | |
| 62. -Ishares Tr Core S&P Mid-Cap ETF | A | Dividend | K | T | Buy | 01/12/18 | K | | |
| 63. -Ishares Tr Core S&P Small-Cap ETF | A | Dividend | K | T | Buy | 01/12/18 | J | | |
| 64. -Oppenheimer Rev Weighted ETF Tr Mid Cap ETF | A | Dividend | | | Buy | 01/12/18 | K | | |
| 65. | | | | | Sold | 07/19/18 | K | A | |
| 66. -Oppenheimer Rev Weighted ETF Tr Small Cap Rev ETF | A | Dividend | | | Buy | 01/12/18 | J | | |
| 67. | | | | | Sold | 07/19/18 | J | A | |
| 68. -Vanguard Developed Markets Index Fund Admiral Class | B | Dividend | L | T | Buy | 01/11/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Locke, Steven I. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Vanguard Intl Equity Index Fds Total World Stk Index Fd ETF | A | Dividend | K | T | Buy | 01/12/18 | K | | |
| 70. -Vanguard REIT Index Fund Admiral Shares | A | Dividend | K | T | Buy | 01/11/18 | K | | |
| 71. Retirement Account #2 (H) | | | | | | | | | |
| 72. -Dreyfus Ins Deposit Program I | | None | J | T | | | | | |
| 73. -Alliance Bernstein Global Real Estate Investment Fd Cl A | A | Dividend | J | T | | | | | |
| 74. -Europacific Growth Fund Class A | A | Dividend | J | T | | | | | |
| 75. -The Growth Fund of America Class A | A | Dividend | J | T | | | | | |
| 76. -MFS Value Fund Class A | A | Dividend | J | T | | | | | |
| 77. -Oppenheimer Global Strategic Income Fund Class A | A | Dividend | J | T | | | | | |
| 78. -Pimco Total Return Class A | A | Dividend | J | T | | | | | |
| 79. -Small-Cap World Fund Class A | A | Dividend | J | T | | | | | |
| 80. -Victory Integrity Small-Cap Value Fund | A | Dividend | J | T | | | | | |
| 81. -Washington Mutual Investors Fund Class A | A | Dividend | J | T | | | | | |
| 82. College Fund #1 (H) | | | | | | | | | |
| 83. -The Bond Fund of America -529A | A | Dividend | J | T | | | | | |
| 84. -The Growth Fund of America - 529A | B | Dividend | J | T | | | | | |
| 85. The Income Fund of America - 529A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Locke, Steven I. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. New Perspective Fund - 529A | A | Dividend | J | T | | | | | |
| 87. Washington Mutual Investors Fund - 529A | A | Dividend | J | T | | | | | |
| 88. College Fund #2 (H) | | | | | | | | | |
| 89. -NYS 529 College Svgs Plan Moderate Age-Based Opt Conservative Growth | | None | M | T | Buy | 05/14/18 | J | | See Note 1, Part VIII |
| 90. | | | | | Buy | 05/18/18 | J | | |
| 91. | | | | | Buy | 06/21/18 | J | | |
| 92. | | | | | Buy | 07/17/18 | J | | |
| 93. College Fund #3 (H) | | | | | | | | | |
| 94. -NYS 529 College Svgs Plan Moderate Age-Based Opt Conservative Growth | | None | M | T | Buy | 04/17/18 | J | | See Note 1, Part VIII |
| 95. | | | | | Buy | 05/18/18 | J | | |
| 96. | | | | | Buy | 06/21/18 | J | | |
| 97. | | | | | Buy | 07/17/18 | J | | |
| 98. Rental Property #1, Brooklyn, NY See Note 2, Part VIII | F | Rent | P1 | R | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Locke, Steven I. | 05/01/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Notes to Part VII.

Note 1.  College Funds which do not report income as an item separate from change in value.

Note 2.  Property was purchased in 2002 for $1,335,000.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Steven I. Locke**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544